**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. VERITY INVESTIGATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MIKUNI AMERICAN CORPORATION,<br><br>Defendant. | No. 2:25-cv-00680-MCS-MAA<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

The Relator, Verity Investigations, LLC ("Relator"), having filed a Notice of Voluntary Dismissal of this action, and the United States of America having filed a Notice of Consent to Dismissal Without Prejudice, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS HEREBY ORDERED THAT this action is dismissed without prejudice as to the Relator and without prejudice as to the United States.

IT IS SO ORDERED.

Dated: August 4, 2026

Mark C. Scarsi

Mark C. Scarsi
UNITED STATES DISTRICT JUDGE